38 A.3d 769

Maurice Earl JONES–BEY, Petitioner

v.

Michael WENEROWICZ, et. al., Respondent.

No. 127 EM 2011.

Supreme Court of Pennsylvania.

Feb. 16, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of February, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**